# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICKI BOYD,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69443

NICKI BOYD,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69636

**FILED**

FEB 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant's notices of appeal fail to designate any appealable decisions of the district court. Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-04734

cc: Hon. Douglas Smith, District Judge
Nguyen & Lay
Nicki Boyd
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A